IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. DEAN,                         ) | | |
|         Plaintiff,          ) | | |
|         v.                        ) | 4:09CV3144 | |
| GAGE COUNTY, NEBRASKA, et al., ) | | |
|         Defendants.    ) | | |

| | | |
|---|---|---|
| JOSEPH E. WHITE, ) | | |
|     Plaintiff, ) | | |
|     v. ) | 4:09CV3145 | |
| GAGE COUNTY, NEBRASKA, et al., ) | | |
|     Defendants. ) | | |

| | | |
|---|---|---|
| KATHLEEN A. GONZALEZ, ) | | |
|     Plaintiff, ) | | |
|     v. ) | 4:09CV3146 | |
| GAGE COUNTY, NEBRASKA, et al., ) | | |
|     Defendants. ) | | |

| | | |
|---|---|---|
| THOMAS W. WINSLOW, ) | | |
|     Plaintiff, ) | | |
|     v. ) | 4:09CV3147 | |
| GAGE COUNTY, NEBRASKA, et al., ) | | |
|     Defendants. ) | | |

| | | |
|---|---|---|
| ADA JOANN TAYLOR, ) | | |
|     Plaintiff, ) | | |
|     v. ) | 4:09CV3148 | |
| GAGE COUNTY, NEBRASKA, et al., ) | | |
|     Defendants. ) | | |

**MEMORANDUM AND ORDER**

Judge Urbom's case (4:09CV3145) was previously consolidated for discovery purposes with the other cases described above that are assigned to me. Now that the Court of Appeals has ruled regarding questions of qualified immunity, and these five cases are becoming ready for trial, it is time to for Judge Urbom and Judge Zwart to take control of the further progression of his case and for Judge Zwart and me to take control of the further progression of my cases.[1]

IT IS ORDERED that *White v. Gage County, Nebraska*, et al, 4:09CV3145 (WKU) is no longer consolidated for discovery purposes or otherwise with 4:09-cv-03144-RGK, 4:09-cv-03146-RGK, 4:09-cv-03147-RGK, and 4:09-cv-03148-RGK. All further filings relative to *White v. Gage County, et al*, 4:09CV3145 shall be addressed to Judge Urbom and Judge Zwart and filed directly in that case rather than using the "spread text" function. A copy of this Memorandum and Order shall be provided to Judge Urbom and Judge Zwart by the Clerk.

DATED this 4th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] Following the meeting today with counsel in my cases, a progression order will soon be entered which will consolidate my four cases for trial and set a schedule for further progression.